UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-21669-WPD

**OSCAR HERRERA**,

    Plaintiff,

vs.

**BJ'S RESTAURANTS, INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA and Defendant BJ'S RESTAURANTS, INC., through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims.  Accordingly, the parties respectfully request that the Court take all pending case deadlines off calendar and provide them with thirty (30) days from the date of this Notice to finalize their settlement agreement and file the appropriate dismissal document.

    Dated:  July 23, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** <br> Counsel for Plaintiff <br> 8751 W. Broward Blvd., Suite 303 <br> Plantation, FL 33324 <br> T. 954/362-3800 <br> 954/362-3779 (Facsimile) <br> Email:  rhannah@rhannahlaw.com <br><br> By  *s/ Roderick V. Hannah* <br>     RODERICK V. HANNAH <br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.** <br> Co-Counsel for Plaintiff <br> 4640 N.W. 7th Street <br> Miami, FL 33126-2309 <br> T. 305/266-9780 <br> 305/269-8311 (Facsimile) <br> Email:duranandassociates@gmail.com <br><br> By  *s/ Pelayo M. Duran* <br>     PELAYO M. DURAN <br>     Fla. Bar No. 0146595 |

**DENTONS US LLP**
Counsel for Defendant
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
T. 305/390-4635
Email:  elizabeth.degori@dentons.com

By   */s/ Elizabeth C. DeGori*
       ELIZABETH C. DEGORI
       Fla. Bar No. 1045092